# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Mikhail Naumov,                                      )
                                                     )
      Petitioner,                               )       Case Number: 2:26-cv-03579-CCC
                                                     )
vs.                                                  )
                                                     )
YOLANDA PITTMAN, Warden, Elizabeth Contract          )
Detention Facility,                                  )
                                                     )
RUBEN PEREZ, New Jersey Field Office Director,       )
U.S. Immigration and Customs Enforcement and         )
Removal Operations,                                  )
                                                     )
MARKWAYNE MULLIN, Secretary of Homeland              )
Security,                                            )
                                                     )
TODD BLANCHE, Acting Attorney General,               )
                                                     )
TODD LYONS, Acting Director of Immigration and       )
Customs Enforcement,

      Respondents.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT Petitioner, Mikhail Naumov, hereby voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Respondents have not served an answer or a motion for summary judgment, and therefore dismissal is effective upon filing.

Dated: March 7, 2026

/s/ Nita Kundanmal
LAW OFFICE OF
NITA KUNDANMAL, P.C.
Nita Kundanmal
58 Main Street, Suite B
Hackensack, NJ 07601
Telephone: 201-883-9800

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  4/7/2026

1